UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   01-CV-00199-rpm

ANITA VALVERDE,

       Plaintiff,

v.

FRANKLIN GALE,

       Defendant.
_____

## ORDER OF DISMISSAL
_____

       Upon consideration of the unopposed motion for dismissal, filed on October 18, 2005, and the files and records in this matter, it is

       ORDERED that the action and complaint are dismissed with prejudice, each party to pay their own costs and attorney's fees.

       DATED:   October 31st, 2005

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____

                                              Richard P. Matsch, Senior District Judge